# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00062-CR

**Ex parte Jolando King**

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-16-201710, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jolando King has filed a motion to withdraw his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

David Puryear, Justice

Before Justices Puryear, Field, and Bourland

Dismissed on Appellant's Motion

Filed: September 26, 2018

Do Not Publish